FLORENCE F. HATHORN et al., as Administratrices with the Will Annexed of FRANK H. HATHORN, Deceased, et al., Respondents, *v.* NATURAL CARBONIC GAS COMPANY, Appellant.

*Hathorn* v. *Natural Carbonic Gas Co.*, 17 , App. Div. 948, appeal dismissed.

(Argued November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1917, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the grounds that the appeal was frivolous; that the Appellate Division had unanimously affirmed the findings of fact; that no constitutional or other question of importance was involved which had not already been settled by the Court of Appeals and by the United States Supreme Court.

*George H. Stenacher* for motion.

*Charles E. Mahony* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.